## 6

Harrington EMERSON, Samuel D. I. Emerson, Juliet M. Emerson, and Walter J. Power, trading as Engineers' Mutual Investment, Petitioners, v. R. Bayly CHAPMAN, Trustee in Bankruptcy of the Estate of the Spanish-American Cork Products Company, a Corporation, Bankrupt, Respondent. (Circuit Court of Appeals, Fourth Circuit. December 19, 1924.) No. 2315. Petition to Superintend and Revise, etc. Proceedings of the District Court of the

United States for the District of Maryland, at Baltimore, in bankruptcy. E. P. Keech, Jr., of Baltimore, Md., for petitioners. Myer Rosenbush, of Baltimore, Md., for respondent.

PER CURIAM. Case entered dismissed at the cost of the petitioners, under rule 20, in accordance with agreement of attorneys.